UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURIE GARCIA,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No.16-cv-01385-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorney for Plaintiff: Elliot Gale
Attorney for Defendant Experian Information Solutions: Kelsey Israel-Trummel
Attorney for Defendant JPMorgan Chase Bank: Julieta Stepanyan
Attorney for Defendant TransUnion: Failed to Appear
Attorney for Defendant TD Bank USA: Renee Ohlendorf

     An initial case management conference was held on June 29, 2016.  A further case management conference is set for October 5, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by September 28, 2016.

     Plaintiff shall request entry of default from the Clerk of Court as to Defendant Avant, Inc. and Defendant Lending Group, Inc. by July 13, 2016.

     Plaintiff and Defendant TransUnion LLC shall file a stipulation of dismissal by July 13, 2016.

     Plaintiff and Defendant Chase Bank USA shall file a stipulation of dismissal by July 20,

1

Case No. 16-CV-01385-LHK
CASE MANAGEMENT ORDER

2016.

The parties shall file a stipulated protective order for Judge Lloyd's signature by July 27, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | September 12, 2016 |
| Deadline to Complete ADR | September 21, 2016 |
| Further Case Management Conference | October 5, 2016 at 2:00 p.m. |
| Opening Expert Reports | November 4, 2016 |
| Rebuttal Expert Reports | December 2, 2016 |
| Close of Fact and Expert Discovery | January 5, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 19, 2017 |
| Hearing on Dispositive Motions | February 23, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 4, 2017, at 1:30 p.m. |
| Jury Trial | May 22, 2017, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: June 29, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge